IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE AVERY,

      Plaintiff,                         No. CIV S-11-2528 GGH P

   vs.

MARC ELIA, et al.,

      Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds on the original complaint with a claim that plaintiff, a Wiccan, was improperly removed from the Kosher diet at his prison. On March 9, 2012, defendants filed a motion to dismiss asserting that plaintiff's claims fail to state a claim. Doc. 17. On March 12, 2012, plaintiff filed a motion for a preliminary injunction (Doc. 18), though plaintiff was most likely not aware of the motion to dismiss when he filed his motion. Plaintiff seeks to be placed back on the Kosher diet. As both motions address the merits of this case, the court will address both motions together. Therefore, plaintiff must file an opposition to the motion to dismiss and defendants, if they wish may file an opposition to the motion for a preliminary injunction or address it in a reply to the motion to dismiss.

\\\\\

1

Accordingly, IT IS HEREBY ORDERED that plaintiff must file an opposition to the motion to dismiss and defendants, if they wish may file an opposition to the motion for a preliminary injunction or address it in a reply to their motion to dismiss.

DATED: March 21, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
aver2528.ord