IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE AVERY,

        Plaintiff,                  No. 2:11-cv-2528 KJM AC P

   vs.

MARC ELIA, et al.,

        Defendants.            ORDER

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On December 28, 2012, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-eight days. Plaintiff has not filed objections to the findings and recommendations.

        The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

1

1  1983). Having carefully reviewed the file, the court finds the findings and recommendations to
2  be supported by the record and by the proper analysis.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1. The findings and recommendations filed December 28, 2012 are adopted in
5  full;
6          2. Defendants' March 9, 2012 motion to dismiss (ECF No. 17) is granted in part;
7          3. Plaintiff's complaint is dismissed without prejudice for failure to exhaust
8  administrative remedies; and
9          4. Plaintiff's March 12, 2012 motion for preliminary injunctive relief (ECF No.
10 18) is denied.
11 DATED: March 26, 2013.

                                        UNITED STATES DISTRICT JUDGE