1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KYLE AVERY,

12                  Plaintiff,                  No. 2:11-cv-2528 KJM AC P

13          vs.

14   MARC ELIA, et al.,

15                  Defendants.                 ORDER

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On December 28, 2012, the magistrate judge filed findings and recommendations,

21   which were served on plaintiff and which contained notice to plaintiff that any objections to the

22   findings and recommendations were to be filed within twenty-eight days.  Plaintiff has not filed

23   objections to the findings and recommendations.

24          The court presumes that any findings of fact are correct.  *See Orand v. United*

25   *States,* 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

26   reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

1

1983).  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed December 28, 2012 are adopted in full;

2.  Defendants' March 9, 2012 motion to dismiss (ECF No. 17) is granted in part;

3.  Plaintiff's complaint is dismissed without prejudice for failure to exhaust administrative remedies; and

4.  Plaintiff's March 12, 2012 motion for preliminary injunctive relief (ECF No. 18) is denied.

DATED:  March 26, 2013.

_____
UNITED STATES DISTRICT JUDGE